NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BILLJCO, LLC,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2023-2344

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00420.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) Case No. 23-2344 is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

November 28, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE as to 23-2344 only:**
November 28, 2023